# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS IVEY,<br><br>    Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORPORATION; and DOES 1 through 10 inclusive,<br><br>    Defendants, | Case No.  3:16-cv-00610-HSG<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS ON APRIL 28, 2016**<br><br>Date: April 28, 2016<br>Time: 2:00 p.m.<br>Judge:  Hon. Haywood S Gilliam, Jr |

The Request to Appear Telephonically filed by Defendant, Quality Loan Service Corporation ("Defendant") is hereby **DENIED**.

Dated:  April 19, 2016          By: _/s/ Haywood S. Gilliam, Jr._
                                   The Honorable Haywood S Gilliam, Jr
                                   Judge of United States District Court