JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
**UNITED LAW CENTER**
1390 Lead Hill Boulevard
Roseville, California 95661
Telephone: (916) 367-0630
Facsimile: (916) 265-9000

Attorneys for Plaintiff
DOUGLAS K. IVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS K. IVEY,<br><br>    Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.;<br>QUALITY LOAN SERVICE<br>CORPORATION and DOES 1 to 10,<br>inclusive,<br><br>    Defendants. | Case No.  3:16-cv-00610-HSG<br><br>**REQUEST TO APPEAR BY TELEPHONE AT DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT; ORDER THEREON**<br><br>**DATE:** December 15, 2016<br>**TIME:** 2:00 p.m.<br>**PLACE:** Courtroom 10, 19th Floor<br>**JUDGE:** Haywood S. Gilliam, Jr.,<br>San Francisco, CA 94102<br><br>**Action Filed:** January 12, 2016<br>**FAC Filed:** March 4, 2016<br>**SAC Filed:** September 19, 2016<br>**Trial Date:** Not Set |

Plaintiff DOUGLAS K. IVEY ("Plaintiff") hereby requests that its counsel of record, John S. Sargetis, be permitted to appear by telephone at the hearing on the Motion to Dismiss Second Amended Complaint, which has been scheduled for December 15, 2016 at 2:00 p.m., in Courtroom 10 of the above-entitled Court. Plaintiff makes this request because Mr. Sagetis is located in Roseville, California and the distance and time required to travel to San Francisco,

1

California would create an additional expense for Plaintiff. Mr. Sargetis believes that participation in the hearing telephonically would be more efficient and would not prejudice the other party.

Should the Court grant this request, and if necessary, Mr. Sargetis may be reached at the following telephone number: (916) 367-0630.

DATED: December 1, 2016

**UNITED LAW CENTER**
A Professional Law Corporation

*/s/ John S. Sargetis*

JOHN S. SARGETIS
Attorneys for Plaintiff, DOUGLAS K. IVEY

### ORDER

**IT IS HEREBY ORDERED** that counsel for Plaintiff DOUGLAS K. IVEY be allowed to appear by telephone at the Continued Motion to Dismiss Plaintiff's Second Amended Complaint which is now scheduled for December 15, 2016 at 2:00 p.m., in Courtroom 10 of the above-entitled Court. Counsel is to make arrangements through Courtcall.

DATED: 12/2/2016

THE HONORABLE HAYWOOD S. GILLIAM, JR.

*Plaintiff's Request to Appear by Phone at Defendant's Motion to Dismiss*