**McCARTHY & HOLTHUS, LLP**
Leticia "Tia" Butler, Esq. (SBN: 253345)
1770 Fourth Avenue
San Diego, CA  92101
Quality Loan Service Corporation
Telephone:   (619) 685-4800
Facsimile:    (619) 685-4811

Attorneys for Defendant,
Quality Loan Service Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS IVEY,<br><br>                                         Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.;<br>QUALITY LOAN SERVICE<br>CORPORATION; and DOES 1 through<br>10 inclusive,<br><br>                                       Defendants. | Case No.  3:16-cv-00610-HSG<br><br>**REQUEST TO APPEAR BY TELEPHONE AT DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>**Date:** December 15, 2016<br>**Time:** 2:00 p.m.<br>**Location:**   Courtroom 10 – 19th Floor<br>**Judge:** Haywood S. Gilliam, Jr.,<br><br>**Complaint Filed:** January 12, 2016<br>**FAC Filed:** March 4, 2016<br>**SAC Filed:** September 19, 2016<br>**Trial Date:** Not Set |

Defendant, Quality Loan Service Corporation ("Defendant") hereby requests that its counsel of record, Leticia, "Tia" Butler, be permitted to appear by telephone at the hearing on Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss the Second Amended Complaint, which has been scheduled for December 15, 2016 at 2:00 p.m., in Courtroom 10 of the above-entitled Court. Defendant makes this request because Mrs. Butler is located in San Diego, California and the distance and

*(Left margin vertical text: McCARTHY & HOLTHUS, LLP ATTORNEYS AT LAW 1770 FOURTH AVENUE SAN DIEGO, CALIFORNIA 92101 TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810)*

time required to travel to San Francisco, California would create an additional expense for Defendant. Mrs. Butler believes that participation in the hearing telephonically would be more efficient and would not prejudice the other party.

Should the Court grant this request, and if necessary, Mrs. Butler may be reached at the following telephone number: (619) 243-3962.

Dated:  December 8, 2016

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By:   /s/ Leticia C. Butler
Leticia C. Butler, Esq.
Attorney for Defendant,
Quality Loan Service Corporation

### <u>ORDER</u>

**IT IS HEREBY ORDERED** that counsel for Defendant Quality Loan Service Corporation be allowed to appear by telephone at the Continue Motion to Dismiss Plaintiff's Second Amended Complaint which is now scheduled for December 15, 2016 at 2:00 p.m. in Courtroom 10 of the above-entitled Court. . Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:  12/8/2016

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA  92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810