JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN:148982)
**UNITED LAW CENTER**
*A Professional Law Corporation*
1390 Lead Hill Boulevard
Roseville, California 95661
Telephone: (916) 367-0630
Facsimile: (916) 865-0817

Attorneys for Plaintiff
DOUGLAS K. IVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| DOUGLAS K. IVEY,<br><br>Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORPORATION and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-00610-HSG<br><br>**STIPULATED MOTION AND REQUEST FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2) Plaintiff DOUGLAS K. IVEY ("Plaintiff") and Defendants JP MORGAN CHASE BANK, N.A. and QUALITY LOAN SERVICE CORPORATION ("Defendants"), hereby stipulate to the dismissal of the above-entitled action. Plaintiff and Defendants therefore move and request that this Court enter an order dismissing the entire action with prejudice, all parties to bear their own costs and fees.

///

///

///

IT IS SO STIPULATED, REQUESTED AND AGREED.

DATED: May 17, 2017  **UNITED LAW CENTER**
A Professional Law Corporation

*/s / John S. Sargetis*
John S. Sargetis
Attorney for Plaintiff, DOUGLAS K. IVEY

DATED: May 17, 2017  **BRYAN CAVE LLP**

*/s / Daniel T. Rockey*
Daniel T. Rockey
Attorney for Defendants,
JP MORGAN CHASE BANK, N.A and
QUALITY LOAN SERVICE CORPORATION

DATED: May 22, 2017



APPROVED
Judge Haywood S. William Jr.
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA